**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01255-LTB-MJW

TUFUI TAUKEIAHO,

    Plaintiff/Applicant,

v.

J. WANDS,

    Defendant/Respondent.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on November 15, 2011 (Doc 22). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and the Application of Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc 1) is DENIED and this action is DISMISSED WITH PREJUDICE.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   December 1, 2011